**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

JASSIAA MONTOYA,

Plaintiff,

v. No. 25-cv-275-KG-JMR

FNU LNU, *et al.*,

Defendants.

**ORDER OF DISMISSAL**

This matter is before the Court following Plaintiff's failure to prosecute his Prisoner Civil Complaint (Doc. 1). Plaintiff was incarcerated at the Penitentiary of New Mexico when he initiated this proceeding and is proceeding *pro se*. He filed a Motion for Leave to Proceed In Forma Pauperis, but the motion did not include a six-month inmate account statement. *See* (Doc. 3). Such statement is required by statute in all cases where, as here, a plaintiff files a civil action while incarcerated. *See* 28 U.S.C. § 1915(a)(2). By an Order to Cure Deficiency ("Order") entered June 23, 2026, the Court directed Plaintiff to submit the inmate account statement within 30 days. *See* (Doc. 4). The Order warns that failure to timely comply may result in dismissal of this case without further notice.

The deadline to submit an account statement was July 23, 2026. Plaintiff did not comply, show cause for such failure, or otherwise respond to the Order. Accordingly, the Court will dismiss the Prisoner Civil Complaint (Doc. 1) without prejudice pursuant to Fed. R. Civ. P. 41(b) for "failure to prosecute [and] comply with the rules of civil procedure or court's orders." *Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003); *see also Salazar v. Arapahoe Cty. Det. Facility*,

787 Fed. App'x 542, 543 (10th Cir. 2019) (affirming dismissal order where plaintiff failed to "address[] the inmate account statement or explain[] his failure to comply with the ordered deadline"). The Court will also deny Plaintiff's pending Motion for Leave to Proceed In Forma Pauperis (Doc. 3), which is now moot.

**IT IS ORDERED** that Plaintiff's Prisoner Civil Complaint (**Doc. 1**) is **DISMISSED without prejudice** pursuant to Fed. R. Civ. P. 41(b); his Motion for Leave to Proceed In Forma Pauperis (**Doc. 3**) is **DENIED as moot**; and the Court will enter a separate judgment closing this civil case.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.